(138 So. 424)

## HARRIS v. STATE.
### 5 Div. 839.

Court of Appeals of Alabama.
Dec. 15, 1931.

J. W. Bateman, of Wetumpka, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

The evidence for the state tends to prove that the defendant was present at a whisky still at a time when it was raided by the officers and nothing more. There is no evidence connecting this defendant with this still or its operation. The defendant was entitled to the affirmative charge. Smith v. State, 22 Ala. App. 478, 117 So. 3.

The judgment is reversed, and the cause is remanded.